Hyman **HUEBSCHMAN**, Doing Business under the Name and Style of Ritz Perfume Company, Defendant· Appellant, v. **PINAUD**, Incorporated, Plaintiff Appellee.

Circuit Court of Appeals, Second Circuit. June 25, 1928.

No. 359.

Appeal from the District Court of the United States for the Eastern District of New York.

Davies, Auerbach & Cornell, of New York City (Marion Butler and Alexander J. Feild, both of New York City, of counsel), for appellant.

Hoguet & Neary, of New York City (Daniel L. Morris, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (27 F.(2d) 531) affirmed.